UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY PARKER, on behalf of himself and all others
similarly situated,

                              Plaintiff,

                -against-

F & G TRENDS, INC.,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/7/2025____

24 Civ. 8355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 4, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by January 6, 2025. ECF No. 6. Those submissions are now overdue.

Accordingly, by **February 7, 2025**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 7, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge