**Joseph & Norinsberg LLC**
Fighting for Employee Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/10/2025_

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
Arjeta@employeejustice.com

February 7, 2025

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 15D
New York, N.Y. 10007

    Re:    Parker v. F & G Trends, Inc.
             Case No. 1:24-cv-08355 (AT)
             **Letter Requesting Extension of Time for Default**

Dear Judge Torres:

    We represent Plaintiff Jeffrey Parker in the above-referenced Americans with Disabilities Act ("ADA") matter. Pursuant to Your Honor's Order dated January 7, 2025, the parties were directed to submit their joint letter and proposed case management plan by February 7, 2025 (Dkt. 10).

    However, the Defendant has not appeared, and despite our best efforts to contact the owners/proprietors of F & G Trends, we have not received any communication indicating that counsel has or will appear on their behalf.

    It is our intention to prosecute this matter promptly. Accordingly, we respectfully request that Your Honor grant us a 21-day period to gather the necessary information and resources to file for default judgment, pursuant to Federal Rule of Civil Procedure 55.

GRANTED. By **March 3, 2025**, Plaintiff shall move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: February 10, 2025
       New York, New York

ANALISA TORRES
United States District Judge