```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY PARKER, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

F & G TRENDS, INC.,

                Defendant.

24 Civ. 8355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated February 10, 2025, the Court directed Plaintiff to move for default judgment by March 3, 2025. ECF No. 12. That motion is now overdue.

      Accordingly, by **March 17, 2025**, Plaintiff shall file its motion. Plaintiff is warned that failure to abide by the Court's orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

      SO ORDERED.

Dated: March 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge