UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY PARKER, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

F & G TRENDS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/19/2025

24 Civ. 8355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's motion for a default judgment. ECF Nos. 17–21. However, Plaintiff has not complied with the procedures set forth in Attachment A to the Court's Individual Practices in Civil Cases. *See* ECF No. 12. Specifically, Plaintiff has not submitted a proposed order to show cause for default judgment, and his memorandum of law and declaration in support of his motion fail to explain the basis for each element of his damages request. *See* ECF No. 18 ¶ 9.D–F; ECF No. 19 at 10–11.

    Accordingly, by **March 26, 2025**, Plaintiff shall file any outstanding materials in support of his motion. Plaintiff is further advised that federal and New York law do not recognize service of process by mail unless an acknowledgment of receipt is returned during the statutory period. *Toro v. Cowtown Boot Co.*, No. 23 Civ. 4451, 2024 WL 4299020, at *4 (S.D.N.Y. Sept. 26, 2024); *see* Fed. R. Civ. P. 4(h); N.Y. C.P.L.R. § 312-1. Thus, the mailing receipt at ECF No. 21-1 does not suffice to establish proof of service.

    SO ORDERED.

Dated: March 19, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge