```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/8/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY PARKER, on behalf of himself and all others similarly situated,

               Plaintiff,

-against-

F & G TRENDS, INC.,

               Defendant.

24 Civ. 8355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Plaintiff's certificate of service filed March 31, 2025. ECF No. 29. In the certificate, the server of process affirms that the following documents have been served on Defendant: "MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT, AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT, DEFAULT JUDGMENT." *Id.* The certificate does not indicate whether Plaintiff's proposed order to show cause, the accompanying exhibits, and the Court's March 27, 2025 order to show cause were also served on Defendant, as directed by the aforementioned order. *See id.*; ECF No. 26.

      Accordingly, by **April 9, 2025**, Plaintiff shall file a letter indicating whether all of the above-listed documents were served on Defendant. If the documents were not served on Defendant, Plaintiff shall effectuate service by **April 10, 2025**, and file proof of such service on the docket by the same date.

      SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge