UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY PARKER, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

F & G TRENDS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/10/2025

24 Civ. 8355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed Plaintiff's letter at ECF No. 31.  Given Plaintiff's delay in serving the Court's March 28, 2025 order on Defendant, *see* ECF No. 26, the show-cause hearing scheduled for April 14, 2025, is ADJOURNED to **April 21, 2025**, at **4:30 p.m.**  By **April 12, 2025**, Plaintiff shall serve a copy of this order on Defendant.  By that same date, Plaintiff shall file proof of service on the docket.

        SO ORDERED.

Dated: April 10, 2025
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge