```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY PARKER,

                Plaintiff,

-against-

F & G TRENDS, INC.,

                Defendant.

24 Civ. 8355 (AT)

**ORDER GRANTING**
**DEFAULT JUDGMENT**

ANALISA TORRES, District Judge:

    For the reasons stated on the record at the April 21, 2025 default hearing, the Clerk of Court is respectfully directed to enter judgment against Defendant, F & G Trends, Inc., in the amount of:

1. $1,000 in damages;
2. $5,855 in attorneys' fees; and
3. $970 in costs.

    Defendant is ordered to take all steps necessary to bring its website into full compliance with the requirements set forth in the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and its implementing regulations, so that the website is readily accessible to and usable by people who are blind.

    The Clerk of Court is further directed to terminate the motion at ECF No. 20, delete "on behalf of himself and all others similarly situated" from the case caption, and close the case.

    SO ORDERED.

Dated: April 22, 2025
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge