**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JEFFREY PARKER,

                Plaintiff,

                                  24 **CIVIL** 8355 (AT)

        -against-                         **DEFAULT JUDGMENT**

F & G TRENDS, INC.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated April 22, 2025, judgment is entered in favor of Plaintiff Jeffrey Parker against Defendant, F & G Trends, Inc., in the amount of $7,825 which includes $1,000 in damages; $5,855 in attorneys' fees; and $970 in costs.

Defendant is ordered to take all steps necessary to bring its website into full compliance with the requirements set forth in the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and its implementing regulations, so that the website is readily accessible to and usable by people who are blind; Accordingly, the case is closed.

**DATED**: New York, New York
        April 22, 2025

                               **TAMMI M. HELLWIG**
                               **Clerk of Court**

                **BY:**
                               **Deputy Clerk**